**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000307
14-JUL-2015
10:42 AM**

NO. CAAP-15-0000307

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee
of the Residential Asset Securitization Trust 2006-A8,
Mortgage Pass-Through Certificates Series 2006-H Under the
Pooling and Servicing Agreement dated June 1, 2006,
Plaintiff/Counterclaim-Defendant/Appellee,
v.
MICHAEL C. GREENSPON,
Defendant/Counter-Claim Plaintiff/
Third-Party Plaintiff/Appellant,
and
DAVID B. ROSEN, The Law Office of David B. Rosen,
OCWEN LOAN SERVICING, LLC, Third-Party Defendants/Appellees,
and
DOES 1-10, inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0395(2))

ORDER DENYING JULY 10, 2015 HRAP RULE 40 MOTION
FOR RECONSIDERATION OF JUNE 30, 2015 ORDER GRANTING
JUNE 12, 2015 MOTION TO DISMISS APPELLATE COURT CASE
NUMBER CAAP-15-0000307 FOR LACK OF APPELLATE JURISDICTION
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of (1) the June 30, 2015 order granting

Plaintiff/Counterclaim-Defendant/Appellee Deutsche Bank National

Trust Company, as Trustee of the Residential Asset Securitization

Trust 2006-A8, Mortgage Pass-Through Certificates Series 2006-H

Under the Pooling and Servicing Agreement Dated June 1, 2006, and Third-Party Defendants/Appellees OCWEN Loan Servicing LLC, David B. Rosen, Esq., and the Law Office of David B. Rosen, ALC's (the Appellees), June 12, 2015 motion to dismiss appellate court case number CAAP-15-0000307 for lack of appellate jurisdiction (June 30, 2015 Dismissal Order), (2) Defendant/Counterclaim Plaintiff/ Third-Party Plaintiff/Appellant Michael C. Greenspon's (Appellant Greenspon) July 10, 2015 motion for reconsideration of the June 30, 2015 Dismissal Order pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), and (3) the record, it appears that we did not overlook or misapprehend any points of fact or law when we entered the June 30, 2015 Dismissal Order.

Therefore, IT IS HEREBY ORDERED that Appellant Greenspon's July 10, 2015 HRAP Rule 40 motion for reconsideration of the June 30, 2015 Dismissal Order is denied.

DATED: Honolulu, Hawai'i, July 14, 2015.

Presiding Judge

Associate Judge

Associate Judge